[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 205.]

TIGNOR, APPELLEE, *v.* FRANKLIN COUNTY BOARD OF COMMISSIONERS ET AL.;
WHALEY, DEPUTY, APPELLANT.

[Cite as *Tignor v. Franklin Cty. Bd. of Commrs.*, 2001-Ohio-259.]

*Appellate procedure—Final order—Political subdivision tort liability—R.C.
2744.02(C)—Court of appeals' judgment affirmed on authority of Stevens
v. Ackman.*

(No. 00-1013—Submitted February 28, 2001—Decided March 28, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-571.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of
*Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

_____

*Zach Zunshine*, for appellee.

*Hunter, Carnahan & Shoub, Robert R. Byard* and *Russell E. Carnahan*, for
appellant.

_____